UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CASE NO: 25-CV-02259 TPB

TELEMINA BARROS – CUADRADO,
and SOCRATES GABRIEL BARROS-FINCE

      Plaintiff,

vs.

MANUEL J. RETURETA, individually,
RETURETA & WASSEM, PLLC

      Defendant.

_____/

### PLAINTIFFS' RESPONSE TO DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

The Plaintiffs, **Telemina Barros- Cuadrado and Socrates Gabriel Barros-Fince**, hereby

deny Affirmative Defense (Numbers 1 through 13) filed by Defendants **Manuel J. Retureta,**

**individually, Retureta & Wassem, PLLC** on February 23, 2026. [D.E. 28]

**WHEREFORE**, Plaintiffs have filed their response to Defendants' Affirmative

Defenses.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of February, 2026, a true and correct copy of

the foregoing was filed electronically through the Florida Court's E-filing Portal, which will, in

turn, send a notice of electronic filing to all parties of record.

**RICHARD J. DIAZ, P.A.**
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
T: (305) 444-7181
F: (305) 444-8178
E: rick@rjdpa.com

                                   s/ Richard J. Diaz
By: _____
                                   Richard J. Diaz, Esq.