UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CASE NO: 25-CV-02259 TPB**

TELEMINA BARROS – CUADRADO,
and SOCRATES GABRIEL BARROS-FINCE

Plaintiff,

vs.

MANUEL J. RETURETA, individually,
RETURETA & WASSEM, PLLC

Defendant.
________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER PRESERVING AND AUTHORIZING THE REMOTE DEPOSITION OF CARLOS CALDERÓN**

Plaintiffs, Telemina Barros-Cuadrado and Socrates Gabriel Barros-Fince ("Plaintiffs"), respectfully move for an Order permitting and preserving the deposition testimony of Carlos Calderón ("Mr. Calderón"), a Colombian attorney located in Colombia, by remote audiovisual deposition. In support, Plaintiffs state as follows:

1. On August 11, 2026, Defendant Manuel J. Retureta ("Retureta") was deposed in this case.

2. Following Retureta's deposition, Plaintiffs identified Mr. Calderón, a Colombian attorney with personal knowledge concerning the events at issue, as a witness whose testimony directly contradicts Retureta's material factual assertions.

3. Mr. Calderón is willing to testify concerning the relevant events and, specifically, the facts that contradict Retureta's deposition testimony. However, Mr. Calderón does not presently possess a United States visa. Accordingly, requiring Mr. Calderón to travel to the United

States for his deposition would create an unnecessary and potentially substantial obstacle to obtaining this highly material testimony.

4. Mr. Calderón is available to testify remotely from Colombia. Plaintiffs therefore seek an order permitting his deposition to be conducted remotely by secure videoconference, with the deposition audiovisually recorded and transcribed by a qualified deposition officer.

5. The requested examination is narrow and proportional and anticipated to take approximately 15–20 minutes of direct examination, including brief foundational questions concerning Mr. Calderón's professional background and how he became involved in the events giving rise to this action.

9. Federal Rule of Civil Procedure 30(b)(4) expressly provides that the parties may stipulate, or the Court may order on motion, that a deposition be taken by telephone or other remote means. The Rule further provides that, for purposes of the applicable deposition rules, the deposition takes place where the deponent answers the questions. Federal Rule of Civil Procedure 30(b)(3) permits deposition testimony to be recorded by audiovisual means. Federal Rule of Civil Procedure 32(a)(2) expressly recognizes that deposition testimony may be used to contradict or impeach testimony given by a witness.

10. Because Mr. Calderón is located in Colombia, Plaintiffs respectfully request that the Court authorize the deposition pursuant to Federal Rule of Civil Procedure 28(b), including by remote means before an appropriate person authorized to administer oaths and take testimony in the place of examination, or before such other officer as the Court may designate or commission.

11. Defendants will have a full opportunity to attend, examine, and cross-examine Mr. Calderón.

12. Defendants will suffer no unfair prejudice from the requested procedure.

13. Plaintiffs seek to conduct the deposition next week via audio video conference which is still within the discovery deadline of September 4, 2026.

16. Preserving Mr. Calderón's testimony now will therefore ensure that Plaintiffs have a reliable record of the testimony before the Court.

17. Plaintiffs will bear the reasonable costs associated with the remote audiovisual recording and transcription unless the Court orders otherwise.

18. Plaintiffs' counsel conferred with counsel for the Defendant who advised he does not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order authorizing Plaintiffs to take the deposition of Carlos Calderón remotely from Colombia by secure videoconference and preserving Mr. Calderón's testimony for potential use in this action, including for impeachment purposes and any other relief deemed just and proper.

Respectfully submitted,

**RICHARD J. DIAZ, P.A.**

/s/ *Richard J. Diaz*__________
**RICHARD J. DIAZ, ESQ.**
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel.: 305-444-7181
Email: rick@rjdpa.com

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via the CM/ECF portal and served electronically upon the Defendants this 9th day of September, 2026.

By: __*s/ Richard J. Diaz*____
Richard J. Diaz, Esq.